June 14, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

DONALD AND DORIS YOUNG, Appellants

NO. 14-11-00396-CV                    V.

DON RAYMOND CLAPSADDLE, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Don Raymond Clapsaddle, signed February 1, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Donald and Doris Young, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.